In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00145-CR**
**NO. 09-22-00146-CR**
_____

**MICHAEL CHRISTOPHER HURST, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause Nos. 21-07-09227-CR and 21-07-09226-CR**

**ORDER**

The trial court appointed William Harrison to represent appellant Michael Christopher Hurst on appeal. The reporter's records were filed on June 27, 2022, and the clerk's records were filed on July 5, 2022. On November 7, 2022, the Court granted a fourth extension of time to file the brief, noting that the extension was a "final extension," and we warned appellant's court-appointed attorney, William Harrison, that unless we received the brief by November 21, 2022, we would order the trial court to conduct a hearing to determine why no brief has been filed.

1

Although the brief of the appellant was due to be filed by November 21, 2022, the brief has not been filed.

We abate the appeals and remand the cases to the trial court to conduct a hearing at which a representative of the State, counsel for the appellant, and the appellant shall be present. *See* Tex. R. App. P. 38.8(b)(3). We direct the trial court to determine whether or not appellant desires to pursue his appeal. If appellant desires to pursue his appeal, we direct the trial court to determine why the brief of the appellant has not been filed and whether good cause exists for appointed counsel, William Harrison, to be relieved of his duties as appellate counsel and replaced by substitute counsel. *See* Tex. Code Crim. Proc. Ann. art. 26.04(j)(2). If the trial court determines that good cause exists to relieve appointed counsel of his duties, we direct the trial court to appoint substitute counsel.

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing. The transcription of the court reporter's notes from the hearing and the recommendations of the trial court judge are to be filed on or before January 3, 2023.

ORDER ENTERED December 2, 2022.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.

2